UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| ELENA MYERS and CHRIS MYERS, )<br>)<br>    Plaintiffs, )<br>)<br>vs. )<br>)<br>COOK GROUP, INC., COOK )<br>INCORPORATED, COOK BIOTECH, INC, )<br>COOK UROLOGICAL INCORPORATED, )<br>COOK MEDICAL INC., and )<br>BOSTON SCIENTIFIC CORPORATION )<br>)<br>)<br>    Defendants. )<br>_____ ) | Case No. 4:13-cv-00160-ODS |

## CERTIFICATE OF INTEREST

Pursuant to W.D. Mo. Rule 7.1, Defendants Cook Medical Incorporated (sued as "Cook Medical Inc."), Cook Group Incorporated (sued as "Cook Group, Inc."), Cook Biotech Incorporated (sued as "Cook Biotech, Inc."), Vance Products Incorporated (d/b/a Cook Urological Incorporated and sued as "Cook Urological Incorporated), and Cook Incorporated (sometimes hereafter collectively referred to as "Cook" or the "Cook Defendants") certify that they have no parent companies, no subsidiaries that are not wholly owned, and no affiliates that have issued shares to the public.

Respectfully submitted,

POLSINELLI SHUGHART, PC

/s/ Robert A. Henderson
Robert A. Henderson   MO 28566
Miriam Bailey   MO 60366
Twelve Wyandotte Plaza
120 W. 12th Street, Ste. 1800
Kansas City, MO 64105
Phone: (816)421-3355
Facsimile: (816)374-0509
Email: rhenderson@polsinelli.com
Email: mbailey@polsinelli.com
ATTORNEYS FOR COOK DEFENDANTS

CERTIFICATE OF SERVICE

This is to certify that I have on this 8th day of April, 2013 caused to be served upon counsel of record, a true and correct copy of the foregoing by depositing same in the United States Mail in an envelope with sufficient postage affixed thereto to insure delivery, addressed to:

Thomas P. Cartmell
Jeffrey M. Kuntz
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
ATTORNEYS FOR PLAINTIFFS
WYNN, HOLLAND, MYERS

Adrienne L. Hernandez
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108
ATTORNEYS FOR BOSTON SCIENTIFIC CORP.

/s/ Robert A. Henderson
ATTORNEYS FOR DEFENDANTS COOK GROUP, INC., COOK INCORPORATED, COOK BIOTECH, INC., COOK UROLOGICAL INCORPORATED, COOK MEDICAL, INC.

2

3243777.1